IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TINA MORGAN                                                                                              PLAINTIFF

VS.                                      Civil No. 4:11-cv-4076

WILLIAMS K. MORITZ,
Attorney, Hope, Arkansas                                                                    DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed December 5, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Bryant recommends that Plaintiff's IFP application be denied. Judge Bryant further recommends that the above-styled case be dismissed without prejudice for failure to state claim upon which relief may be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The dismissal of this action constitutes a strike under the PLRA. For this reason, the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 23rd day of December, 2011.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge